# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Diocelene Gomez-Navarrete (2)

CASE NUMBER 23-cr-01364-JO-2

**ABSTRACT OF ORDER**

Booking No. 09230506

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **8/10/2023**

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on _____ Bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✗_____ Case dismissed.

_____ Case dismissed, charges pending in case no.

_____ Defendant to be release to Pretrial Services for electronic monitoring.

_____ Other.

DAVID D. LESHNER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   M. Exler (619) 446-3764

8/10/23

Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original