FILED
AUG 10 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIOCELENE GOMEZ-NAVARRETE (D2),<br><br>Defendant | Case No.: 23CR1364<br><br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT TWO GOMEZ-NAVARRETE ONLY** |

Upon the oral motion of the Government made August 10, 2023, to dismiss the information as to Diocelene Gomez-Navarrete (D2) only, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Diocelene Gomez-Navarrete (D2), only, in this case is dismissed without prejudice.

SO ORDERED.

DATED: August 10, 2023

_____
HONORABLE DAVID D. LESHNER
UNITED STATES MAGISTRATE COURT JUDGE